ACCEPTED
08-21-00069-CR
EIGHTH COURT OF APPEALS
EL PASO, TEXAS
1/14/2022 8:46 AM
ELIZABETH G. FLORES
CLERK

08-21-00069-CR

## NO. 08-21-00069-CR

FILED IN
8th COURT OF APPEALS
EL PASO, TEXAS
1/14/2022 8:46:29 AM
ELIZABETH G. FLORES
CLERK

| | | |
|---|---|---|
| **GARY LEE ATTERBERRY,** | | **IN THE COURT OF APPEALS** |
| **APPELLANT** | § | |
| **V.** | § | **EIGHTH SUPREME** |
| | | **JUDICIAL DISTRICT** |
| **THE STATE OF TEXAS,** | § | **EL PASO, TX** |
| **APPELLEE** | | |

## MOTION FOR EXTENSION OF TIME
## TO FILE STATE'S RESPONSE BRIEF

**TO THE HONORABLE COURT OF APPEALS:**

Now comes Jack Roady, Criminal District Attorney of Galveston County, Texas, pursuant to Rule 10.5(b), Texas Rules of Appellate Procedure, and moves for an extension of time in which to file the State's Brief and would respectfully show the Court of Appeals as follows:

1. The appellant was convicted of Capital Murder and was sentenced on 3/25/2021. The trial case is styled as *State of Texas v. Gary Lee Atterberry*, in the 122nd Judicial District Court of Galveston County, Texas, Cause No. 13-CR-2852. Appellant filed a timely notice of appeal. The Appellant's brief was filed with this Court on 10/19/2021.

2. The present due date for filing the State's brief is 1/17/2022.

3. This is the State's third motion for extension of time to file its brief.

4. The State requests an extension to file its brief on or before 2/17/2022.

5. The State requests this extension not for delay but because during the last sixty days, the undersigned attorney for the State:

   - Completed a State's Response brief in *Dexter Lafayett Triplett v. State*, 01-21-00287-CR, filed on 1/10/2022.

1

- Supervised a State's Response brief in *Patrick Campbell v. State,* 01-20-00494-CR, filed on 1/6/2022.

- Completed a State's Response brief in *Lewis Terrelle Sledge v. State*, 05-21-00280-CR, filed on 11/15/2021.

- Supervised the State's ongoing investigation and response into several Chapter 64 DNA investigations, including: 03-CR-2869 (*James Stewart)*; 11-CR-2495, 11-CR-2494, 11-CR-2478 (*Noah Nava*); 09-CR-3730 (*Linzale Greer*); 06-CR-1249 (*Daniel Gray*).

- Supervised the State's ongoing or completed investigation and response to post-conviction habeas corpus writ litigation on the following cases: CV-88967 (*Leslie Palomo*); 18-CR-1661-83-1 (*Michael Wayne Kie*); CR-038590-83-1 (*Robin Presley Phillips*); 14-CR-2641-83-1 (*Thomas Ray Graham*); 19-CR-0459-83-1 (*Daniel Earl Culp*); 18-CR-0670-83-1 (*Carnell Dodson*); 10-CR-2663-83-2 (*Albert Duwayne Beasley*); 19-CR-2186-83-1 (*Maria Aguirre*); 18-CR-1642-83-1 & 18-CR-1643-83-1 (*Henry Batiste*); 15-CR-1465-83-3 (*Leonard Willis*).

- Supervised the State's response to expunctions and non-disclosures.

- While dockets have not proceeded as they did pre-pandemic until recently, the State has continued to work diligently to ensure all cases are handled fairly. Consequently, litigation support for the trial bureau has continued at a steady pace and beginning to increase as trials are becoming more frequent.

WHEREFORE, PREMISES CONSIDERED, the State respectfully requests that this Court of Appeals extend the time to file the State's brief until February 17, 2022.

Respectfully submitted,

JACK ROADY
CRIMINAL DISTRICT ATTORNEY
GALVESTON COUNTY, TEXAS
*/s/ Rebecca Klaren*
REBECCA KLAREN

2

Assistant Criminal District Attorney
600 59th Street, Suite 1001
Galveston County, Texas 77551
Tel.(409)766-2355, fax (409)766-2290
State Bar Number: 24046225
rebecca.klaren@co.galveston.tx.us


## CERTIFICATE OF COMPLIANCE

The undersigned Attorney for the State certifies this brief is computer generated, and consists of 373 words.

/s/ *Rebecca Klaren*
REBECCA KLAREN
Assistant Criminal District Attorney
Galveston County, Texas


## CERTIFICATE OF SERVICE

The undersigned attorney for the State certifies that a copy of the above motion was emailed via eFiling e-service to Tad Nelson, attorney for Appellant, on January 14, 2022.

/s/ *Rebecca Klaren*
REBECCA KLAREN
Assistant Criminal District Attorney
Galveston County, Texas

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 60822872
Status as of 1/14/2022 9:06 AM MST

Associated Case Party: GaryLeeAtterberry

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Tad A. Nelson | 14906350 | tad@thenelsonfirm.com | 1/14/2022 8:46:29 AM | SENT |